**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Darren Holter,

        Petitioner,

v.

Warden R. Marques,

        Respondent.

**Case No. 18-cv-984 (PJS/SER)**

**ORDER**

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Petitioner Darren Holter's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED** and this case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/11, 2018

                                s/Patrick J. Schiltz
                                Patrick J. Schiltz
                                United States District Judge